UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| KIMBERLY NELSON, ET. AL. | CIVIL ACTION NO. 07-0921 |
| VERSUS | JUDGE MELANÇON |
| GULF STREAM COACH, INC., ET. AL. | MAGISTRATE JUDGE METHVIN |

**ORDER**

Before the Court is the plaintiffs' Motion for Preliminary Injunction and Request for Expedited Hearing and Memorandum in Support thereof [Rec. Doc. 22]. Plaintiffs move the Court to issue a preliminary injunction directed to the United States Department of Homeland Security Federal Emergency Management Agency ("FEMA"). However, as FEMA is not yet a named party to this litigation, it is

**ORDERED** that the plaintiff's Motion for Preliminary Injunction and Request for Expedited Hearing [Rec. Doc. 22] is **DENIED** as having no basis in law or in fact that would entitle plaintiffs to the relief sought.

**THUS DONE AND SIGNED** this 1st day of October, 2007 at Lafayette, Louisiana.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE